Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB ] ] MDL NO. 1699 ] |
| This Document Relates To: | ] **STIPULATION AND ORDER OF** ] **DISMISSAL WITH PREJUDICE** ] |
| *Sharon Jones. vs. Pfizer, Inc.* *MDL No. 06-07517* | ] ] ] ] |

Comes now the Plaintiff, Sharon Jones and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff's action with each side bearing its own attorneys' fees and costs.

Dated: March 15, 2009          By: _____
                                   Daryl D. Parks
                                   Parks & Crump LLC
                                   240 North Magnolia Drive
                                   Tallahassee, Florida 32301
                                   (850) 222-3333
                                   (850) 224-6679 (fax)
                                   Email: dparks@parkscrump.com

                                   Counsel for Plaintiff.

Dated: May 11, 2009            By: _____
                                   Michelle W. Sadowsky
                                   DLA PIPER US LLP
                                   1251 Avenue of the Americas
                                   New York, New York 10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (fax)

                                   Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009            By: _____
                                   United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*